# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JEFFREY TILLMAN, | : | No. 35 MAP 2017 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court dated June 9, |
| | : | 2017 at docket No. 327 MD 2016. |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, SCI HOUTZDALE, SCI | : | |
| SOMERSET, ALLEN G. JOSEPH, CCPM | : | |
| LT. BROTHERS, BCI/PREA | : | |
| COORDINATOR, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**                                        **DECIDED: July 18, 2018**

AND NOW, this 18th day of July, 2018, the Order of the Commonwealth Court is

**AFFIRMED**.